

**www.gandb.com**

March 12, 2024

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

    Re:    Saunders v. With You E-Commerce, LLC
             Case No. 1:24-cv-00111 (AT)

Dear Judge Torres:

The undersigned counsel for Plaintiff Saunders ("Plaintiff") and Defendant With You E-Commerce, LLC ("Defendant") in the above-referenced action respectfully advise the Court that the parties do not consent to conduct all further proceedings before the assigned Magistrate Judge.

                                            Respectfully submitted,

                                            /s/ *Jon Norinsberg*
                                            Jon Norinsberg
                                            Counsel for Plaintiff

                                            /s/ *Russell D. Dize*
                                            Russell D. Dize
                                            Counsel for Defendant