**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
MICHAEL SAUNDERS,                         :
                                          :
                Plaintiff,     :    24-CV-0111 (AT) (OTW)
                                          :
                -against-      :    **SCHEDULING ORDER**
                                          :
WITH YOU E-COMMERCE, LLC,                 :
                                          :
                Defendant.     :
                                          :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Pre-Settlement Conference Scheduling Call on Thursday, April 04, 2024 at 2:00 p.m.**  The dial in information is (866) 390-1828, access code 1582687.

SO ORDERED.

Dated: March 14, 2024
      New York, New York

                                          *s/ Ona T. Wang*
                                          **Ona T. Wang**
                                          United States Magistrate Judge