**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
MICHAEL SAUNDERS,

           Plaintiff,

           -against-

WITH YOU E-COMMERCE, LLC,

           Defendant.
------------------------------------------------------------x

24-CV-0111 (AT) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Pre-Settlement Conference Call on Thursday, April 04, 2024. The Court will hold a follow-up Pre-Settlement Conference Call on **Tuesday, May 7, 2024 at 2:30 p.m.** The dial in information is (866) 390-1828, access code 1582687.

      **SO ORDERED.**

Dated: April 4, 2024
      New York, New York

           _s/ Ona T. Wang_
           **Ona T. Wang**
           United States Magistrate Judge