**Joseph & Norinsberg LLC**

**Fighting for Employee Justice**

| | | |
|---|---|---|
| **Queens Office** | **Manhattan Office** | **Newark Office** |
| 69-06 Grand Avenue, 3rd Floor | 110 East 59th Street, Suite 2300 | One Gateway Center, Suite 2600 |
| Maspeth, New York 11378 | New York, New York 10022 | Newark, New Jersey 07102 |
| **Philadelphia Office** | **Boston Office** | **Orlando Office** |
| 1515 Market Street, Suite 1200 | 225 Franklin Street, 26th Floor | 300 N. New York Ave, Suite 832 |
| Philadelphia, Pennsylvania 19102 | Boston, Massachusetts 02110 | Winter Park, Florida 32790 |

**Jon L. Norinsberg, Esq.**
jon@norinsberglaw.com

May 7, 2024

**VIA ECF**
Honorable Judge Analisa N. Torres
United States District Court-SDNY
Daniel Patrick Moynihan
500 Pearl Street, Room 15D
New York, NY 10007-1312

Re: **Saunders v. With You E-Commerce, LLC;**
**1:24-cv-00111-AT (SDNY)**
**STIPULATION FOR DISMISSAL**

Dear Judge Torres:

We represent Plaintiff, Michael Saunders ("Plaintiff") in the above referenced ADA matter. We write now with the Defendant's consent, to respectfully inform the Court that the Parties have hereby settled and have stipulated that the matter be dismissed with prejudice. We therefore respectfully request that Your Honor issue an Order dismissing the matter, with prejudice and without costs or attorneys' fees, and for such other and further relief as this Court may deem just, proper and equitable.

We thank the Court for its time and attention in this matter.

Sincerely,

_____
Jon L Norinsberg, Esq.

c.c. Charles W. Grimes, Esq.
Russell D. Dize, Esq.
Attorneys for Defendant
600 Third Avenue, 2nd Floor
New York, NY 10016
(516) 712-2777
grimes@gandb.com
dize@gandb.com

www.employeejustice.com  |  Phone: 212.227.5700  |  Fax: 212.656.1889